```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                          COUNSEL/PARTIES OF RECORD

                         DEC 2 8 2010

                       CLERK US DISTRICT COURT
                         DISTRICT OF NEVADA
                  BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

JAMES G. CASTIMORE, )
                    )
    Plaintiff,       )    3:09-cv-0230-BES-VPC
                    )
vs.                 )
                    )
                    )    ORDER OF DISMISSAL WITHOUT
GILBARCO INC., et al , )  PREJUDICE PURSUANT TO RULE 4(m)
                    )    FEDERAL RULES OF CIVIL
                    )    PROCEDURE
    Defendants.     )
                    )

Counsel for James G. Castimore, having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is dismissed without prejudice as to: Sundance Service.

DATED this 28th day of December, 2010.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE